IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHARMASEQ, INC.,<br><br>        *Plaintiff*,<br><br>  v.<br><br>THE ESTATE OF ROBERT GRIESS and BARBARA GRIESS,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 15-00041 |

## ORDER

      **AND NOW**, this 11th day of February 2015, upon consideration of Plaintiff's Motion to Show Cause [Doc. No. 3], it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** with respect to the application for a temporary restraining order.  **IT IS FURTHER ORDERED** that a hearing on Plaintiff's application for a preliminary injunction is **SCHEDULED** to be held in a courtroom to be determined on **the 2nd of March, 2015, at 2:00 p.m.**, United States Courthouse, 601 Market Street, Philadelphia, PA.  Counsel and all interested parties are advised to call the Courthouse a day before the hearing for the courtroom location.

      It is so **ORDERED**.

                                                BY THE COURT:

                                                */s/ Gerald J. Pappert*
                                                PAPPERT, GERALD J.